UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LENAR JOHANAN LOPEZ LOPEZ,

               Petitioner,                    Case No. 25-cv-13802

v.                                        Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, *et al.*,

               Respondents.

_____/

## ORDER DISMISSING CAUSE OF ACTION

Petitioner Lenar Johanan Lopez Lopez's ("Lopez") filed a petition for writ of habeas corpus ("petition") pursuant to 28 U.S.C. § 2241, alleging that he was being unlawfully detained at the North Lake Correctional Facility, in violation of the Immigration and Nationality Act ("INA") and the Due Process Clause of the Fifth Amendment. (ECF Nos. 1, 3.) After the respondents filed a response and Lopez filed a reply (ECF Nos. 4, 5), the Court held a hearing on the petition on December 17, 2025.

At the hearing, and as set forth in a text-only order issued by the Court on December 17, 2025, the Court ordered respondents to provide Lopez with an individualized bond hearing before an Immigration Judge on or before December 24, 2025 or release Lopez from custody. The Court

further ordered respondents to file a status report regarding Lopez on or before December 31, 2025. On December 22, 2025, the Court issued a written opinion detailing the foregoing orders. (ECF No. 8.)

On December 23, 2025, respondents filed a status report, wherein they advised the Court that Lopez had been granted a bond hearing and that the immigration court issued an order to release Lopez on bond on December 19, 2025. (ECF No. 9.)

Accordingly, as Lopez has been granted the relief he requested in the petition, **IT IS ORDERED** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

**s/Jonathan J.C. Grey**
JONATHAN J.C. GREY
United States District Judge

DATE: January 30, 2026

2

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 30, 2026.

<u>**s/ S. Osorio**</u>
Sandra Osorio
Case Manager